## United States Bankruptcy Court
### Eastern District of Wisconsin

In re: Theodore J Polczynski / Diane K Polczynski, Debtor(s)

Case No. 18-31561
Chapter 13

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ 202,025.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ 18,366.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| # | Item | Amount |
|---|---|---|
| 3. | Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. | Payroll Taxes | 0.00 |
| 5. | Unemployment Taxes | 0.00 |
| 6. | Worker's Compensation | 0.00 |
| 7. | Other Taxes | 0.00 |
| 8. | Inventory Purchases (Including raw materials) | 0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. | Rent (Other than debtor's principal residence) | 0.00 |
| 11. | Utilities | 0.00 |
| 12. | Office Expenses and Supplies | 0.00 |
| 13. | Repairs and Maintenance | 0.00 |
| 14. | Vehicle Expenses | 0.00 |
| 15. | Travel and Entertainment | 0.00 |
| 16. | Equipment Rental and Leases | 0.00 |
| 17. | Legal/Accounting/Other Professional Fees | 0.00 |
| 18. | Insurance | 0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Advertising | 23.00 |
| Bank Fees | 516.00 |
| Cleaning Expense | 228.00 |
| Dues | 55.00 |
| Insurance | 315.00 |
| Legal/Accounting | 458.00 |
| Office Expenses | 152.00 |
| Rent & Rental Equipment | 711.00 |
| Telephone | 150.00 |
| Vehicle Expenses | 800.00 |
| Materials | 3,303.00 |
| Subcontractors | 2,740.00 |

22. Total Monthly Expenses (Add items 3-21) $ 9,451.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $    8,915.00