THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 19, 2018



G. Michael Halfenger
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: THEODORE J POLCZYNSKI<br>DIANE K POLCZYNSKI<br>6917 HIGHWAY 83<br>HARTLAND, WI 53029 | CHAPTER 13<br><br>Case No. 18-31561-GMH<br><br>PAYROLL ORDER |

### ORDER FOR PAYROLL DEDUCTIONS

To THEODORE J POLCZYNSKI and DIANE K POLCZYNSKI

IT IS ORDERED THAT:

1. You shall pay the sum listed below to the Chapter 13 Trustee according to the following schedule.

| Due Date | Amount | Frequency |
|---|---|---|
| 01/17/2019 | $2000.00 | MONTHLY |
| 10/17/2019 | $3650.00 | MONTHLY |

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE**
**P.O. BOX 1102**
**MEMPHIS, TN 38101-1102**

or to pay electronically go to https://tfsbillpay.com

3. This Order supersedes any previous Order for payment in this case.

Debtor(s):
THEODORE J POLCZYNSKI
6917 HIGHWAY 83
HARTLAND, WI 53029

DIANE K POLCZYNSKI
6917 HIGHWAY 83
HARTLAND, WI 53029

Debtor(s) Attorney:
WATTON LAW GROUP
301 WEST WISCONSIN AVENUE
5TH FLOOR
MILWAUKEE, WI 53203

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**CHAPTER 13 TRUSTEE**
**P O BOX 3170**
**OSHKOSH, WI 54903-3170**
**Telephone: (920) 231-2150**
**Email: info@ch13oshkosh.com**

Trustee Issued Date: December 19, 2018

#####